## ATTACHMENT A
### Statement of Facts

*The United States and Defendant Samuel Attakora stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial but are sufficient to prove the crime of conspiracy to commit bank fraud.*

From in or about February 2017, to March 9, 2017, Defendant Samuel Attakora ("**ATTAKORA**"), along with co-conspirators Valerie Hughes, Kelvin Asare, Francis Arthur, and Gifty Amponsah, did knowingly and willfully combine, conspire, confederate, and agree with each other and other individuals to execute a scheme and artifice to defraud financial institutions, and to obtain and attempt to obtain monies, funds, credits, and assets owned by and under the custody and control of the financial institutions, including Nymeo Federal Credit Union ("Nymeo"), by means of false and fraudulent pretenses, representations and promises (the "scheme to defraud"), in violation of 18 U.S.C. § 1349.

Nymeo Federal Credit Union is a financial institution that provides a wide range of financial services to its members. Nymeo's members' deposits are insured by the United States Government via the National Credit Union Insurance Fund (NCUSIF).

In or about February 2017, Defendant **ATTAKORA** met with codefendants Asare, Amponsah, and others to discuss a scheme to fraudulently obtain money from Nymeo. The plan called for **ATTAKORA** to recruit Hughes, who worked at Nymeo, to identify dormant bank accounts that had high balances. After Hughes identified suitable bank accounts she was to provide **ATTAKORA** and Asare with the bank account number, and the customer's name, date of birth, social security number, and home address. At or about the same time, **ATTAKORA**, Asare and Amponsah discussed who would enter the bank to impersonate the true account holder, using a counterfeit identification card and how the proceeds would be distributed.

On February 24, 2017, **ATTAKORA** and Asare drove a black male co-conspirator to the Gaithersburg Branch of Nymeo Federal Credit Union located at 1 Bank Street in Gaithersburg, Maryland. The black male co-conspirator approached Hughes with a completed wire transfer form requesting the transfer of $327,000 from the account of Victim 1 to a Wells Fargo account held in the name of Anivac Inc. ("Anivac") and controlled by co-conspirator Francis Arthur. The black male co-conspirator also handed Hughes a counterfeit Maryland driver's license in the name of Victim 1 and bearing the suspect's picture. After the wire transfer was completed, the black male co-conspirator also made a cash withdrawal of $6,000 from the account of Victim 1. Victim 1 was unaware of either the wire transfer or the withdrawal, and had not authorized either transaction.

On February 25, 2017, shortly after the funds were received into the Anivac account, **ATTAKORA** received a cashier's check drawn on the Anivac account from Asare in the amount of $23,852.37. **ATTAKORA** used that cashier's check to purchase a 2014 Mercedes Benz sedan from an automobile dealership in Virginia.

On March 9, 2017, the black male co-conspirator returned to the Gaithersburg Branch of Nymeo. The black male co-conspirator presented a counterfeit Maryland identification in the name of Victim 1 and bearing the co-conspirator's picture. This time, the co-conspirator requested an $80,000 wire transfer from Victim 1's account to the account of Anivac. The co-conspirator also requested a $6,000 withdrawal from Victim 1's account. The wire transfer was not authorized because another Nymeo employee recognized that the co-conspirator was not Victim 1, but the co-conspirator was able to withdraw $6,000, and left Nymeo with this sum.

On February 27, 2017, $201,000, was withdrawn from the Anivac account and deposited into the Fresh Start Support Service account controlled by Amponsah. Shortly after this deposit, Amponsah drafted several checks made payable to co-conspirators including check number 1003 made payable to **ATTAKORA** in the amount of $7,000.

\*\*\*

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

_4/2/18_  
Date

_Samuel Attakora_

I am Samuel Attakora's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

_4/2/18_  
Date

_Justin Eisele, Esq._